UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND,

    Plaintiff,

v.                                    Case No. 8:20-cv-862-VMC-TGW

CHRIS ARDUINI, et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Rocco Garbellano's Suggestion of Bankruptcy (Doc. # 1182), filed on May 9, 2022. According to the Suggestion, on May 5, 2022, Garbellano filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the Bankruptcy Code. The case is currently pending in the United States Bankruptcy Court for the Southern District of New York, Case Number 22-35311-CGM.

On May 19, 2022, the Court stated:

> Under the circumstances, the appropriate remedy is to stay all proceedings against Defendant Garbellano pending the resolution of the Bankruptcy Court proceedings. See 11 U.S.C. § 362(a). If any parties wish to be heard on this matter, they should file an appropriate pleading by May 26, 2022. Absent which, the Court intends to stay this matter as to Defendant Garbellano.

(Doc. # 1193). No party responded and no pleading regarding the Suggestion has been filed.

Due to Garbellano's pending bankruptcy petition, this matter is stayed and administratively closed as to Garbellano only. See In re Kozich, 406 B.R. 949 (Bankr. S.D. Fla. 2009) ("Section 362, by its own terms, only stays proceedings against the debtor.").

Accordingly, pursuant to 11 U.S.C. § 362, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to Defendant Rocco Garbellano only. No further action will be taken against Rocco Garbellano until such time as the bankruptcy court lifts the stay or the stay otherwise lapses.

(2) The Clerk is directed to administratively terminate Garbellano's pending Motion to Set Aside Default Judgment (Doc. # 993). Garbellano may refile the motion if appropriate once the stay is no longer applicable.

(3) Rocco Garbellano shall advise this Court, in writing, as to the status of the proceedings in the United States Bankruptcy Court on or before **September 1, 2022,** and every **NINETY (90) DAYS** thereafter.

3

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of June, 2022.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE